HERMAN D. TESCHMACHER, Appellant, *v.* MAYNARD N. CLEMENT, as State Commissioner of Excise, et al., Respondents.

*Teschmacher* v. *Clement*, 135 App. Div. 588, affirmed.
(Argued March 14, 1910; decided March 29, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1909, which affirmed an order of Special Term denying a motion for an injunction to restrain the defendants from seizing, removing or canceling a liquor tax certificate.

The following question was certified : " Does the forfeiture of a liquor tax certificate under subdivision 3 of section 36 of the Liquor Tax Law of 1909, follow upon two convictions of employees of the holder when both convictions were had during the lifetime of the same certificate, but one of the offenses for which a conviction was had occurred during the lifetime of a prior certificate held by the same principal ? "

*P. A. McManus* for appellant.

*Frederick W. Stelle* and *Herbert H. Kellogg* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, HISCOCK and CHASE, JJ. Dissenting (on dissenting opinion below): WILLARD BARTLETT, J. Absent: WERNER, J.